# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0513 | E1663089 | Shutler | C116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/27/2025 1145
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code — ORC 4510.11(A)
**Place of Offense:** 3990 E. Broad St. Columbus, OH 43213
**Offense Description / Factual Basis for Charge:** Driving Under Suspension
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Smith
**First Name:** Ricky
**MI:** A

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| HJF 9910 | OH | 17 | Honda Civic | | Red |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 85 Marconi Blvd, Columbus, OH 43215, 614-719-3000
**Date:** 10/15/2025
**Time:** 1100 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X **Defendant Signature**

Original - CVB Copy

*E1663089*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 27, 20 25** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**.

On 27 June 2025, I, Sergeant Brandon Shutler, Defense Logistics Agency, Division of Police, was performing on-road patrol functions on the Defense Supply Center Columbus (DSCC) in a marked police cruiser. At approximately 1130hrs, I observed a Red 2017 Honda Civic, OH-HJF9910, driving on 17th Blvd without a validation sticker on the rear license plate. I initiated a traffic stop on the vehicle and Emergency Services Communications Center (ESCC) confirmed that the driver, Smith, Ricky A., had a current suspended driver's license. I cited Smith under ORC 4510.11(A), for driving under suspension.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 06/27/2025
Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/24/2025 11:29
CVB SCAN 07/24/2025 11:29