**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \| |
| | \| |
| **Plaintiff,** | \| |
| | \|    **CASE NO. 2:25-PO-095** |
| **v.** | \| |
| | \|    **MAGISTRATE JUDGE JOLSON** |
| | \| |
| **RICKY A SMITH,** | \| |
|    **Defendant.** | \| |
| | \| |
| | \| |

---

### <u>ORDER</u>

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be DISMISSED.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

12/3/2025
**DATE**